Order filed.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MIDDLEBROOK, McDONALD & Co., INC., and Others, Respondents, v. FREDERICK K. MIDDLEBROOK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMOS K. ASHBY and Another, Appellants, v. DE LA VERGNE MACHINE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DELANCEY T. SMITH and Another, Respondents, v. WINDER E. GOLDSBOROUGH, Appellant.— Judgment affirmed, with costs. · No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.   Greenbaum, J., dissents.

HANNAH BARNETT, Appellant, v. THE CITY OF NEW YORK, Respondent. — Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the questions of defendant's negligence and the contributory negligence of the plaintiff should have been submitted to the jury.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LEWIS BARNETT, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, for the reason assigned in *Barnett* v. *City of New York* (*ante*, p. 947), decided herewith.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HOLMES ELECTRIC PROTECTIVE COMPANY, Respondent, v. WILLIAM WILLIAMS, as Commissioner of Water Supply, Gas and Electricity, and Others, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANK LA FORGIA, Respondent, v. EMPIRE CITY SUBWAY COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs.  No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of ANNA TANAL, Respondent, v. JOHN REINHARDT, Appellant.— Order affirmed.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANGELO PALERMO, as Administrator, etc., of MICHELE PALERMO, Deceased, Respondent, v. THE CITY OF NEW YORK, Impleaded with CENTRAL VERMONT RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

IDA W. McDONOUGH, as Administratrix, etc., of JOHN J. McDONOUGH, Deceased, Respondent, v. STANDISH REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FARNHAM REALTY CORPORATION, Appellant, v. HERMAN N. LIBERMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements,